# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JOHN ROBISON,

    Plaintiff,

vs                                                                     Civil Action No. 1:13-cv-843

MIDLAND FUNDING,                      Judge Timothy S. Black

    Defendant.

## CONDITIONAL ORDER OF DISMISSAL

    The Court having been advised by the parties that this civil action has been settled;

    It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

    The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **IT IS SO ORDERED**.

Date: 12/30/2013                                      */s/ Timothy S. Black*
                                                                 Timothy S. Black
                                                                 United States District Judge